**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Alan Schrock v. City of Baytown

Appellate case number:   01-17-00442-CV

Trial court case number:  1007923

Trial court:             County Civil Court at Law No. 1 of Harris County

Date motion filed:       August 15, 2019

Party filing motion:     Appellee


It is ordered that the motion for rehearing is **denied**.


Judge's signature: _____/s/ Julie Countiss_____
                        Acting for the Court

Panel consists of:  Chief Justice Radack and Justices Goodman and Countiss.

Date:  __March 5, 2020_____